UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>WILLIAM HIRST,<br><br>    Defendant. | Case No: CR 11-00157 SBA<br><br>**ORDER CONTINUING HEARING** |

IT IS HEREBY ORDERED THAT the hearing on Defendant's motion for discovery is CONTINUED from November 7, 2011, to **December 12, 2011 at 10:00 a.m.** A status/ trial setting conference also will take place on that date and time. Time under the Speedy Trial Act remains automatically tolled, pursuant to 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated: November 4, 2011

                                                SAUNDRA BROWN ARMSTRONG
                                                United States District Judge